FILED - USDC -NH
2023 OCT 23 PM 4:19

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 1:23-cr-94-01-SM-AJ |
| v. ) | 18 U.S.C. § 2252A(a)(5)(b) & (b)(2) |
| ) | |
| **TIMOTHY RYAN** ) | |
| ) | |

## INFORMATION

**The United States Attorney Charges:**

### Count One

[18 U.S.C. § 2252A(a)(5)(B) & (b)(2) – Possession of Child Pornography]

On or about December 13, 2022, in the District of New Hampshire, the defendant,

### TIMOTHY RYAN

did knowingly possess material that contained one or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that was transported in and affecting interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of the Information, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offenses, including but not limited to one Samsung Galaxy A50 cell phone.

Date:   October 23, 2023

JANE E. YOUNG
United States Attorney
District of New Hampshire

By: _____
Kasey A. Weiland
Assistant U.S. Attorney