AO 455 (Rev. 01/09) Waiver of an Indictment

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV 29 2023

FILED

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
|---|---|
| v. | ) Case No. 23-cr-94 |
| TIMOTHY RYAN | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/13/2023

X _____
*Defendant's signature*

_____
*Signature of defendant's attorney*

ERIC WOLPIN
*Printed name of defendant's attorney*

_____
*Judge's signature*

STEVEN J. McAULIFFE
*Judge's printed name and title*